IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 05-25193 |
| ROBERT C. PRATL, | CHAPTER 13 |
| Debtor. | JUDGE JACK B. SCHMETTERER |

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes LITTON LOAN SERVICING, LLP, a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations.

As of this date, the mortgage is past due in the amount of $6,819.76 through January 31, 2007. This amount represents post-petition mortgage payments for the months of March 2006 through January 2007. This notice is filed in response to the trustee's Notice of Payment of Final Mortgage Cure Amount filed January 5, 2007.

LITTON LOAN SERVICING, LLP, its
Successors and/or Assigns

BY: _____/s/ Terri M. Long_____
TERRI M. LONG

TERRI M. LONG
LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for LITTON LOAN SERVICING, LLP, its Successors and/or Assigns